AUSA: Jeremiah Smith Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Robert J. Schmitz Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Eric Darnell Butler

Case No. Case: 2:26−mj−30601
Assigned To : Unassigned
Assign. Date : 9/25/2026
Description: CMP USA V. BUTLER (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 24,2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Robert J. Schmitz
*Complainant's signature*

Robert J. Schmitz, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 25, 2026

Kimberly G. Altman
*Judge's signature*

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Robert J. Schmitz, being duly sworn, depose and state as follows:

## I. INTRODUCTION

1. I have been employed as a Special Agent of the Federal Bureau of Investigation since January 2016. I am currently assigned to the Violent Crime Squad in the Detroit Division of the FBI.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2501(7), that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for the offenses enumerated in 18 U.S.C. § 2516.

3. I have investigated federal violations concerning crimes of violence and firearms. I have gained experience through training and everyday work related to these types of investigations.

4. The statements contained in this affidavit are based on my experience and background as a Special Agent and on information provided by police officers, other Special Agents of the FBI, and other law enforcement personnel. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all facts known to law enforcement related to this investigation.

5. This affidavit is made in support of a criminal complaint charging Eric Darnell BUTLER (DOB: XX/XX/1968) with 18 U.S.C. § 922 (g)(1) (Felon in Possession of Ammunition).

## II. CRIMINAL HISTORY

6. I reviewed records related to BUTLER's criminal history and learned that he has 12 prior State of Michigan felony convictions. Among these felony convictions, BUTLER has pleaded guilty to the following three charges:

a. Home Invasion - 2nd Degree – Date of Offense: 2/13/1998, Sentenced on 05/14/1998 – Minimum Sentence: One year, six months; Maximum Sentence: 15 years.

b. Home Invasion - 2nd Degree – Date of Offense: 9/23/2005, Sentenced on 01/23/2007 – Minimum Sentence: Three years; Maximum Sentence: 15 years.

c. Home Invasion - 2nd Degree – Date of Offense: 1/10/2018, Sentenced on 03/2/2018 – Minimum Sentence: Four years; Maximum Sentence: 15 years.

7. Based on the number of BUTLER's convictions, and the time he has spent incarcerated or under supervision as a result of those convictions, there is probable cause to believe that BUTLER is aware of his status as a convicted felon.

8. Additionally, Butler, having at least three previous convictions for a violent felony committed on occasions different from one another, including, but not limited to:

a. 1998: Home Invasion - 2nd Degree;

b. 2007: Home Invasion - 2nd Degree; and

c. 2018: Home Invasion - 2nd Degree;

is subject to penalties under 18 U.S.C. § 924(e).

## III. PROBABLE CAUSE

9. On September 15, 2026, a search warrant was authorized in the United States District Court for the Eastern District of Michigan for XX40 Pinehurst Street, Detroit, MI. The search warrant authorized the seizure of ammunition, among other items, that might be located at XX40 Pinehurst.

10. On the morning of September 24, 2026, the FBI Violent Crime Task Force executed the search warrant. Law enforcement immediately made contact with Eric Darnell BUTLER, who was in the driver's seat of a Volvo sedan parked on the street in front of XX40 Pinehurst. BUTLER was temporarily detained.

11. Upon searching the basement of the residence, officers located a living area that included a bed, clothing, and other personal items. Further search of this living area revealed over 200 rounds of ammunition, including the following items:

a. Two boxes of 9mm rounds and two boxes of .22 caliber rounds located in the nightstand next to the bed.

b. One box of 40 caliber rounds on the television stand in front of the bed.

12. In the area of the nightstand containing the two boxes of ammunition, officers located BUTLER's personal documents including a pawn shop receipt with BUTLER's name on it, vehicle registration for the Volvo sedan that BUTLER was seated in, BUTLER's employment timesheets, and medical documentation for BUTLER.

13. In the area of the television stand in front of the bed, scattered around the box of 40 caliber rounds, were numerous medication bottles with BUTLER's name on them.

14. I interviewed three adults and one teenager who were residing at XX40 Pinehurst when the search warrant was executed. All four residents denied living in the basement. All four residents provided their bedrooms/sleeping areas which were noted to be other areas of the house on the main and upper floor.

15. Additionally, one of the residents stated that BUTLER regularly stayed in the basement of XX40 Pinehurst, and that BUTLER was the only person who stayed in the basement.

16. Later on September 24, 2026, BUTLER was transported to the Garden City Police Department. I interviewed BUTLER while he was in custody. BUTLER waived his *Miranda* rights and agreed to speak with law enforcement.

17. BUTLER stated that he regularly stayed in the basement of XX40 Pinehurst. BUTLER acknowledged that he was aware of the boxes of ammunition in his living area. BUTLER stated that he knew the ammunition was located in the area of the basement where he resided and had access to, and within his area of control.

**CONCLUSION**

18. Based on the above information, probable cause exists that BUTLER possessed ammunition while he was aware of his status as a convicted felon. In consideration of the foregoing, I respectfully request that this Court issue a complaint against Eric Darnell BUTLER for his violations of 18 U.S.C. § 922 (g)(1) (Felon in Possession of Ammunition).

Robert J. Schmitz
Special Agent, FBI

Sworn to before me and signed in my presence and/or by reliable electronic means.

Hon. Kimberly G. Altman
UNITED STATES MAGISTRATE JUDGE
Date: September 25, 2026